DANIELAK, by guardian *ad litem,* Appellant, vs. HEIGEL, *alias,* and others, Respondents.

For the appellant: *Goodman & Goodman* of Milwaukee.
For the respondents: *D. J. Regan* of Milwaukee.

*By the Court.*—Order affirmed.

KAEZROWSKI and wife, Respondents, vs. LIBERTY STATE BANK, imp., Appellant.

For the appellant: *Sol P. Huntington* of Green Bay.
For the respondents: *Winter & Winter* of Shawano.

*By the Court.*—Judgment affirmed.

CLARK, Respondent, vs. KELLETT, Appellant.

For the appellant: *Weed & Hollister* of Oshkosh.
For the respondent: *Bouck, Hilton, Kluwin & Dempsey* of Oshkosh.

*By the Court.*—Judgment affirmed.